AO440 - WAWD (Revised 10/11) Summons in a Civil Action

Case 3:13-cv-05908-BJR Document 5 Filed 10/29/13 Page 1 of 2
Case 3:13-cv-05908-BJR Document 2 Filed 10/16/13 Page 1 of 2

# United States District Court
## for the
## Western District of Washington

Diana and Joseph Bongiovanni

)
)
)
)

*Plaintiff*

)
)

v.

)
)
)
)
)
)
)
)
)

Civil Action No. 3:13-cv-5908-RJB

The Schreiber Law Firm, LLC

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

The Schreiber Law Firm, LLC
c/o Edward C. Dial, Jr.
53 Stiles Road SA102
Salem NH 03079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

s/ Rachel Evans Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Date: Oct 16, 2013

AO440WAWD (Revised 10/13) Summons in a Civil Action (Page 2)

Case 3:13-cv-05908-BJR Document 5 Filed 10/29/13 Page 2 of 2
Case 3:13-cv-05908-BJR Document 2 Filed 10/16/13 Page 2 of 2

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed. R. Civ. P. 4(1)

This summons for (name of individual and title, if any) The Schreiber Law Firm, LLC

was received by me on (date) 10/17/13 .

☐ I personally served the summons and complaint on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons and complaint on (name of individual) Kristina Boyd - secretary who is designated by law to accept service of process on behalf of (name of organization) The Schreiber Law Firm, LLC on (date) 10/18/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify)

My fees are $ 75 for travel and $ _____ for services, for a total of $ 75 .

I declare under penalty of perjury that this information is true.

Date: 10/18/13

_____
Server's signature

Kristin Nason
Printed name and title

17 Frost Lane, Concord, NH 03303
Server's address

Additional information regarding attempted service, etc.
Served at 2:30pm